**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WELL FARGO EQUIPMENT
FINANCE, INC., d/b/a A.S.V. CAPITAL,

        Plaintiff,

                                    Case No. 08-CV-13142

v.

EAGLE 1 TREE SERVICE, LLC, BLAIN'S
TREE SERVICE, INC., RONALD C. BOON,
JR. and DAVID BLAIN LeBLANC,

        Defendants.
                                          /

**ORDER STAYING PROCEEDINGS**
**AND SCHEDULING A STATUS CONFERENCE**

On August 26, 2008, the court held a status conference with Plaintiff and

Defendant LeBlanc. LeBlanc sought to represent his corporation, Blain's Tree Service,

Inc. The court advised LeBlanc that he could not represent his corporation under

applicable Michigan law. *N.L.R.B. v. Consolidated Food Servs., Inc.,* 81 Fed. Appx. 13,

15 (6th Cir. 2003). LeBlanc wished to obtain counsel for his corporation, and also

indicated he could assist Plaintiff in locating the contested property. During the

conference, the present parties discussed staying the proceedings until the property at

issue was located. Accordingly,

IT IS ORDERED that all formal proceedings in this matter, including discovery,

motion practice and other deadlines that would otherwise apply under the Federal Rules

of Civil Procedure, are STAYED until further order of the court. The parties are

DIRECTED to continue service attempts on the remaining Defendants and their

investigation into the contested property's location.[1]

IT IS FURTHER ORDERED that the court will conduct a status conference on

**October 6, 2008 at 2:30 p.m.**  to determine the status of the case.


            S/Robert H. Cleland
            ROBERT H. CLELAND
            UNITED STATES DISTRICT JUDGE

Dated:  September 18, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 18, 2008, by electronic and/or ordinary mail.


            S/Lisa Wagner
            Case Manager and Deputy Clerk
            (313) 234-5522

---

[1]The parties are deemed to reserve all rights and waive none by the imposition of this stay.