**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WELLS FARGO EQUIPMENT
FINANCE, INC., d/b/a A.S.V. CAPITAL,

      Plaintiff,

v.                                          Case No. 08-CV-13142

EAGLE 1 TREE SERVICE, LLC, BLAIN'S
TREE SERVICE, INC., RONALD C. BOON,
JR. and DAVID BLAIN LeBLANC,

      Defendants.
                                                    /

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT EAGLE 1 TREE SERVICE, LLC**

      Plaintiff commenced this suit on July 22, 2008. Defendant Eagle 1 Tree Service, LLC ("Eagle") was served on September 26, 2008. To date, Defendant Eagle has neither filed an answer nor appeared in this matter, and the time for responsive pleading has long since expired. Plaintiff sought, and obtained, an entry of default from the Clerk of the Court on October 27, 2008. Plaintiff filed the current motion, seeking the entry of a default judgment, on December 10, 2008, which required Defendant Eagle to respond by December 28, 2008. No response was filed. The court reviewed the motion and finds that the requirements for obtaining a default judgment have been met. Because Defendant Eagle has not filed an answer or otherwise appeared in this matter, the court, pursuant to Federal Rule of Civil Procedure 55(b), now grants Plaintiff's unopposed motion and enters a default judgment against Defendant Eagle for the sum certain amount of $90,995.37, plus interest accruing thereon in the applicable statutory rate.

      Accordingly, IT IS ORDERED that Plaintiff's "Motion for Entry of Default

Judgment in Favor of Plaintiff and Against Defendant Eagle 1 Tree Service, LLC

Pursuant to Fed. R. Civ. P. 55(b)(1)" [Dkt. #27] is GRANTED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 31, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 31, 2008, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\08-13142.WELLSFARGOEQUIP.Default.Eagle.1.eew.wpd

2