# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WELLS FARGO EQUIPMENT
FINANCE, INC., d/b/a A.S.V. CAPITAL,

      Plaintiff,

v.                                 Case No. 08-CV-13142

EAGLE 1 TREE SERVICE, LLC, BLAIN'S
TREE SERVICE, INC., RONALD C. BOON,
JR. and DAVID BLAIN LeBLANC,

      Defendant.
      _____/

## JUDGMENT

In accordance with the court's "Order Granting Plaintiff's Motion for Default Judgment Against Defendant Eagle 1 Tree Service, LLC" dated December 31, 2008,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Wells Fargo Equipment Finance, Inc. and against Defendant Eagle 1 Tree Service, LLC, in the sum certain amount of $90,995.37, plus interest accruing thereon in the applicable statutory rate. Dated at Detroit, Michigan, this 31st day of December, 2008.

                                             DAVID J. WEAVER
                                             CLERK OF THE COURT


                                    BY: s/Lisa Wagner
                                         Deputy Clerk and Case Manager to
                                         Judge Robert H. Cleland